

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Hudson Homes Management          2023 1968CD

vs.

Jamaila Cooks and all others                    1:23-CV-1298

NOTICE OF REMOVAL
PURSUANT TO 28 U.S.C 1446 (D)

NOW COMES Jamaila Cooks to remove this action from Henry County Magistrate Court of Georgia, to the United States District Court for the Northern District of Georgia pursuant to 28 U.S.C § 1446, 28 U.S.C 1334 and 15 U.S.C 1692. This removal action is based on the following grounds.

JURISDICTION

The District Court of the United States has original, concurrent, and supplementary jurisdiction over this cause of action, pursuant to 28 U.S.C § 1446 (D), 15 U.S.C 1692, and 28 U.S.C 1334 of the federal rule of civil Procedure, including but not limited to the Bill of Rights.

1.ooks

Removal is proper where actions are in violation of claims brought under the Federal Fair Debt Collection Practices Act (FDCPA). The Plaintiff did violate 15 U.S.C 1692, rule 60 of the federal rule of civil Procedure. The Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692 et seq.,"imposes civil liability on 'debt collector[s]' for certain prohibited debt collection practices," Jerman v. Carlisle, McNellie, Rini, Kramer & Ulrich LPA, 130 S.Ct. 1605 1608 (2010). Based on the above action, the court have the legal duty to abort eviction pursuant to O.C.G.A 51-1-6 and 15 U.S.C. § 1692.

42 U.S.C. §3631 make it unlawful for any individual(s) to use force, or threaten to use force, intimidate, or interfere with, or attempt to injure, intimidate, or interfere with any person's housing rights because of that person race, color, religion, sex, handicap, familial status, or nation origin. Thus, the claims by Plaintiff may be maintained in any appropriate United States District Court 42 U.S.C. §3631.

2.

A party may remove any claim or cause of action in a civil case to the district court for the district where such civil action is pending, if such district court has jurisdiction of such claim or cause of action under section 1334 of title 11. Based on the above information District court has original jurisdiction in this case.

3.

Defendant Jamaila Cooks has provided written notice of the filing of this Notice of Removal to Plaintiff, and will file copy of this Notice of Removal with the Magistrate Court of the Henry County, as required per 28 U.S.C.§1446(d).

WHEREFORE, pursuant to 28 U.S.C. 1446(d), 42 U.S.C. §3631, Jamaila Cooks, removes this case from the Magistrate Court of Henry County.

Jamaila Cooks
Pro Se Defendant

# MAGISTRATE COURT OF HENRY COUNTY
## STATE OF GEORGIA

CASE NO. 2023-M0800

File # 399750

**PLAINTIFF:**
HSFRF 3
Hudson Homes Management

P.O. Box 451027
Atlanta, GA 31145

PHONE # 770-491-0522

ATTORNEY Matthew Totten

**DEFENDANT:**
Jamaila Cooks, and All Other Occupants
333 Bowfin Trl
McDonough, GA 30253

FILED IN OFFICE
MAGISTRATE COURT
HENRY COUNTY, GA

MAR 07 2023

## DISPOSSESSORY AFFIDAVIT

1. Defendant is in possession as tenant of the premises at the above address in Henry County.
2. Plaintiff is the Defendant's Landlord.
3. Defendant is a tenant at (will, sufferance).
   - X Fails to pay rent which is now past due.
   - Holds the premises over and beyond the term for which they were rented or leased to him.
   - Other: _____
4. Plaintiff desires and has demanded possession of the premises.
5. Defendant has failed and refused to deliver possession of the premises.   Total Amt Due $20,405.00

### WHEREFORE THE PLAINTIFF DEMANDS:
(a) Possession of the premises.
(b) Past due rent of $ 20,405.00 as of _____ thru SEP, OCT, NOV, DEC, JAN, FEB, MAR; all rent that will be due
(c) Late Charges: $ 0.00 ; Court Cost: $ 68.00
   at a rate of $ 30: 97.17 \ 31: 94.00 per day until suit is settled.
(d) Other: _____

Sworn to and subscribed before me this the
6th day of March, 2023

_____
PLAINTIFF

_____
Magistrate Clerk

_____
Agent, Attorney or Lessor
770-491-0522

## NOTICE AND SUMMONS

TO: Jamaila Cooks, and All Other Occupants

This is to notify you that HSFRF 3, Hudson Homes Management has filed a claim against you. This claim asks for judgment against you for any other demands by Plaintiff, as shown above.

You are required to present an answer to this within seven (7) days after service of the notice, or on the first business day thereafter if the seventh day falls on a SATURDAY, SUNDAY OR A LEGAL HOLIDAY. Your answer may be presented in writing or be given in person to the Magistrate during regular court hours at the Magistrate Court. An answer form is available from this court upon request. If you do not answer in time A JUDGMENT WILL BE ENTERED AGAINST YOU.

This NOTICE AND STATEMENT OF CLAIM was served on _____ (Date)

It must be answered on or before _____, 20___; during regular Court hours in the Magistrate Court at the top of this notice.

_____
MAGISTRATE CLERK

_____
DEPUTY SHERIFF