UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HSFRF 3 and HUDSON HOMES MANAGEMENT,<br><br>      Plaintiffs,<br><br>v.<br><br>JAMAILA COOKS and All Other Occupants,<br><br>      Defendants. | CIVIL ACTION NO.<br><br>1:23-CV-1298-CAP |

### O R D E R

This dispossessory action is before the court on the Report and Recommendation ("R&R") of the magistrate judge [Doc. No. 3] in which he recommends remand of this dispossessory action to the Magistrate Court of Henry County because this court lacks subject matter jurisdiction. The defendants filed no objections.

O.C.G.A. § 44-7-50 provides that the State of Georgia has jurisdiction over dispossessory actions. There is no federal law involved in or implicated by the complaint. Accordingly, there is no basis for jurisdiction in this court. Therefore, the R&R is adopted as the order and opinion of this court. The clerk is DIRECTED to remand this action to the Magistrate Court of Henry County.

**SO ORDERED** this <u>24th</u> day of April, 2023.

                                        /s/ Charles A. Pannell, Jr.
                                        CHARLES A. PANNELL, JR.
                                        United States District Judge